Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−20906−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dmitry Belovsky                         Elena Gorodetsky Belovsky
   48 Pension Road                    aka Elena Gorodetsky
   Englishtown, NJ 07726         48 Pension Road
                                            Englishtown, NJ 07726

Social Security No.:
   xxx−xx−3065                              xxx−xx−0520

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             1/8/25
Time:            10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 18, 2024
JAN: wdr

                                                                  Jeanne Naughton
                                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Dmitry Belovsky  
Elena Gorodetsky Belovsky  
    Debtors

Case No. 24-20906-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 18, 2024 | Form ID: 132 | Total Noticed: 20 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dmitry Belovsky, Elena Gorodetsky Belovsky, 48 Pension Road, Englishtown, NJ 07726-3814 |
| 520444794 | + | Capital One Bank, P.O. Box 981600, Boston, MA 02298-1600 |
| 520444800 | + | Mission Lane, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 520444801 | + | Opton Loan, 822 6th Avenue, Oakland, CA 94606-2807 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520451473 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 18 2024 20:47:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520450266 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 20:49:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520444795 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Nov 18 2024 20:48:19 | CKS Prime Investments, 510 Independence Parkway Suite 300, Chesapeake, VA 23320-5180 |
| 520444796 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2024 20:49:34 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 520444797 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2024 20:47:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520444798 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 18 2024 20:48:00 | Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 520444799 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 21:02:23 | LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 520450252 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2024 20:49:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520458153 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 18 2024 20:49:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520448000 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2024 20:48:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520444802 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 18 2024 20:48:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 520444803 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 2 of 2 |
| Date Rcvd: Nov 18, 2024 | Form ID: 132 | | Total Noticed: 20 |

| | | | |
|---|---|---|---|
| | | Nov 18 2024 20:46:00 | State of New Jersey, Division of Taxation, 3 john finch way 5th Floor, Trenton, NJ 08695-0001 |
| 520444804 | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 18 2024 20:46:00 | TBOM/Aspire, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 520444805 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 18 2024 20:49:16 | Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust National Association, successor trustee to Citibank, N.A., as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frederick J. Simon | on behalf of Joint Debtor Elena Gorodetsky Belovsky simonmonahan216@gmail.com |
| Frederick J. Simon | on behalf of Debtor Dmitry Belovsky simonmonahan216@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5