UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 24-20906-MBK-13

Dmitry Belovsky and Elena Gorodetsky Belovsky                                                    Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 24-20906-MBK-13

Dmitry Belovsky and Elena Gorodetsky Belovsky  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 19, 2025 :

| | |
|---|---|
| Frederick J. Simon<br>216 HIGHWAY 18<br>EAST BRUNSWICK, NJ  08816 | Albert Russo<br>CN 4853<br>Trenton, NJ 08650 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx26087 / 1102817