Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−20906−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Dmitry Belovsky | Elena Gorodetsky Belovsky |
| 48 Pension Road | aka Elena Gorodetsky |
| Englishtown, NJ 07726 | 48 Pension Road |
| | Englishtown, NJ 07726 |

Social Security No.:
   xxx−xx−3065                                  xxx−xx−0520

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 12, 2025.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 13, 2025
JAN: dmi

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                           Case No. 24-20906-MBK
Dmitry Belovsky                                                                                                  Chapter 13
Elena Gorodetsky Belovsky
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                      Page 1 of 3
Date Rcvd: Mar 13, 2025                 Form ID: 148                                     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dmitry Belovsky, Elena Gorodetsky Belovsky, 48 Pension Road, Englishtown, NJ 07726-3814 |
| 520444794 | + | Capital One Bank, P.O. Box 981600, Boston, MA 02298-1600 |
| 520444801 | + | Opton Loan, 822 6th Avenue, Oakland, CA 94606-2807 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Mar 13 2025 21:02:00 | Envision Financial Group, LLC, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520572801 | | EDI: PHINAMERI.COM | Mar 14 2025 00:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520451473 | + | EDI: PHINAMERI.COM | Mar 14 2025 00:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520450266 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:07:48 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520444795 | + | EDI: CKSFINANCIAL.COM | Mar 14 2025 00:40:00 | CKS Prime Investments, 510 Independence Parkway Suite 300, Chesapeake, VA 23320-5180 |
| 520444796 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2025 21:07:05 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 520459623 | + | Email/Text: rmcdowell@slgcollect.com | Mar 13 2025 21:02:00 | Envision Financial Group, c/o Saldutti Law Group, 1040 N. Kings Highway Suite 100, Cherry Hill, NJ 08034-1925 |
| 520486467 | + | Email/Text: rmcdowell@slgcollect.com | Mar 13 2025 21:02:00 | Envision Financial Group, LLC, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520444797 | + | EDI: IRS.COM | Mar 14 2025 00:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520444798 | | EDI: JEFFERSONCAP.COM | Mar 14 2025 00:40:00 | Jefferson Capital Systems, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 520444799 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:07:49 | LVNV Funding, P.O. Box 1269, Greenville, SC |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 520450252 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:07:04 | 29602-1269<br>LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520458153 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2025 21:35:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520444800 | Email/Text: ml-ebn@missionlane.com | Mar 13 2025 21:00:00 | Mission Lane, P.O. Box 71084, Charlotte, NC 28272 |
| 520505785 | EDI: PRA.COM | Mar 14 2025 00:40:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520448000 | EDI: Q3G.COM | Mar 14 2025 00:40:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520501543 | EDI: Q3G.COM | Mar 14 2025 00:40:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520474300 | EDI: Q3G.COM | Mar 14 2025 00:40:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520476334 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 13 2025 21:01:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520495419 | + Email/Text: bankruptcyreports@wakeassoc.com | Mar 13 2025 21:04:00 | Schweiger Dermatology - PC, c/o Wakefield & Associates, LLC, PO BOX 58, FORT MORGAN CO 80701-0058 |
| 520444802 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 13 2025 21:04:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 520444803 | + Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 13 2025 21:01:00 | State of New Jersey, Division of Taxation, 3 john finch way 5th Floor, Trenton, NJ 08695-0001 |
| 520444804 | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 13 2025 21:01:00 | TBOM/Aspire, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 520508801 | Email/Text: bankruptcy@tfifinance.com | Mar 13 2025 21:02:00 | TFI Group LLC, PO Box 1168, Hamburg, NY 14075 |
| 520444805 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 13 2025 21:35:57 | Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 520508894 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 13 2025 21:04:00 | Wilmington Trust, National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520572802 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520503143 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case 24-20906-MBK    Doc 28    Filed 03/15/25    Entered 03/16/25 00:15:43    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: 148 | Total Noticed: 31 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

**Name**            **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Wilmington Trust  National Association, successor trustee to Citibank, N.A., as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Frederick J. Simon
on behalf of Joint Debtor Elena Gorodetsky Belovsky simonmonahan216@gmail.com

Frederick J. Simon
on behalf of Debtor Dmitry Belovsky simonmonahan216@gmail.com

Rebecca K. McDowell
on behalf of Creditor Envision Financial Group  LLC rmcdowell@slgcollect.com, anovoa@slgcollect.com

Thomas B. O'Connell
on behalf of Creditor Envision Financial Group  LLC toconnell@slgcollect.com, anovoa@slgcollect.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7